**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7991**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

MATTHEW CAMPBELL,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:07-cr-01422-RBH-1)

_____

Submitted:  March 28, 2013                Decided:  April 2, 2013

_____

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Matthew Campbell, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Campbell seeks to appeal the amended criminal judgment entered after the district court reduced his sentence pursuant to Fed. R. Crim. P. 35(b). Campbell argues that the reduction the court awarded was inadequate in light of the nature of his substantial assistance. However, under 18 U.S.C. § 3742(a) (2006), this court does not have "jurisdiction to review the *extent* of the district court's downward departure." United States v. Hill, 70 F.3d 321, 324 (4th Cir. 1995); see United States v. Davis, 679 F.3d 190, 193-94 (4th Cir. 2012) (explaining that, although the court may entertain "challenges to the lawfulness of the method used by the district court in making its sentencing decision," this court lacks "jurisdiction to review any part of a discretionary sentencing decision"). Because the sole issue raised on appeal attacks the extent of the reduction the district court awarded, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

DISMISSED